IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
NEIL WALKER,                    )
                                )
    Petitioner,                 )
                                )    CIVIL ACTION NO.
    v.                          )    1:15cv658-MHT
                                )         (WO)
STATE OF ALABAMA, et al.,       )
                                )
    Respondents.                )
```

## OPINION

Pursuant to 28 U.S.C. § 2241, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this habeas-corpus request be construed as a petition under 28 U.S.C. § 2254 and be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the

objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2015.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE