IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
NEIL WALKER,                   )
                               )
    Petitioner,                )
                               )     CIVIL ACTION NO.
    v.                         )       1:15cv658-MHT
                               )            (WO)
STATE OF ALABAMA, et al.,      )
                               )
    Respondents.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further **ORDERED** that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

**DONE**, this the 6th day of October, 2015.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**